# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143923

| | |
|---|---|
| | Robert P. Young, Jr.,<br>Chief Justice |

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                              SC:  143923
                                              COA:  297660
                                              Oakland CC:  09-228117-FC

JASON NEWCOMBE HAYES,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012                                                       _____

y0123                                                             Clerk